**Dorothy Ann JUDGE,
Plaintiff-Respondent,**

v.

**James Eugene JUDGE,
Respondent-Appellant.**

**No. WD 37104.**

Missouri Court of Appeals,
Western District.

March 18, 1986.

David P. Hargrave, Kansas City, for respondent-appellant.

Joseph Y. Decuyper, Kansas City, for plaintiff-respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

**ORDER**

PER CURIAM:

James Eugene Judge appeals the judgment of the circuit court of Clay County requiring him to continue to pay maintenance to Dorothy Ann Judge in the reduced amount of $750 per month.

Judgment affirmed. Rule 84.16(b).

**Leonard DONAHUE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37351.**

Missouri Court of Appeals,
Western District.

March 18, 1986.

Joseph H. Locasio, Sp. Public Defender, B. Janeen deVries, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Lee A. Bonine, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and BERREY, JJ.

**ORDER**

PER CURIAM:

Appeal from denial without evidentiary hearing of a Rule 27.26 motion to vacate conviction of robbery in the first degree, § 569.020 RSMo (1978), and sentence to a seven-year term of imprisonment.

Judgment affirmed. Rule 84.16(b).